UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**MICHAEL LORUSSO,**

    Petitioner,

v.                                      Case No. 1:25-cv-197-TKW-MAF

**SECRETARY, FLORIDA
DEPARTMENT OF CHILDREN AND
FAMILIES**

    Respondent.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation (Doc. 9) recommending that this case be dismissed as duplicative. In response, Petitioner filed a "Motion for Reconsideration" (Doc. 10) and a "Motion to Produce, Objections" (Doc. 11).[1] The Court will treat Petitioner's filings as objections to the Report and Recommendation under Fed. R. Civ. P. 72(b)(2).[2]

Upon de novo review of the issues raised in the objections pursuant to 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), the Court agrees with the magistrate

---

[1] Petitioner also filed a motion to appoint counsel (Doc. 12), but there is no reason to appoint counsel in a case because it is being dismissed as duplicative.

[2] If the motion for reconsideration was seeking review of the magistrate judge's July 15 Order (Doc. 6), it is untimely. *See* Fed. R. Civ. P. 72(a).

judge's determination that Petitioner's amended habeas petition should be dismissed as duplicative. The Court also agrees that a certificate of appealability should be denied.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Petitioner's amended §2241 habeas petition (Doc. 7) is **DISMISSED** as duplicative.

3. A certificate of appealability is **DENIED**.

4. Petitioner's motion to appoint counsel (Doc. 12) is **DENIED**.

**5**. The Clerk shall enter judgment consistent with this Order and close the case file.

**DONE AND ORDERED** this 15th day of September, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**